IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SHANESTA TAITE LEWIS, #237189,   )
                                 )
            Plaintiff,            )
                                 )
    v.                            )        CIVIL ACTION NO. 2:09cv532-ID
                                 )
CYNTHIA WHEELER-WHITE, et al.,    )
                                 )
            Defendants.           )

**ORDER**

On June 19, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 2).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

Done this the 8th day of July,  2009.

/s/ Ira DeMent_____
SENIOR UNITED STATES DISTRICT JUDGE